IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENEVA LANGWORTHY,

    Plaintiff,

v.        No. 1:25-cv-00398-WJ-JFR

PEGGY CADWELL,

    Defendant.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

*Pro se* Plaintiff filed a Complaint that states in its entirety:

Plaintiff Geneva Langworthy brings this cause of action against Peggy Cadwell of the New Mexico Administrative Office of the Courts for failure to accommodate, in violation of Plaintiff's rights under the ADA. Plaintiff will file an amended PDF complaint after her right of access to the courts is recognized.

ADA Complaint, Doc. 1, filed April 28, 2025; Motion to File Using CM/ECF, Doc. 3, filed April 28, 2025.

United States Magistrate Judge John F. Robbenhaar notified Plaintiff:

The Complaint fails to state a claim because it does not explain what Defendant did to Plaintiff, when Defendant did it and the specific provision in the Americans with Disabilities Act that Plaintiff believes Defendant violated. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe County Justice Center*, 492 F.3d 1158, 1163 (10th Cir. 2007) ("[T]o state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated.").

Order, Doc. 5, filed April 30, 2025. Judge Robbenhaar granted Plaintiff permission to file electronically and ordered Plaintiff to file an amended complaint. *See* Order at 4 (notifying Plaintiff that failure to timely file an amended complaint may result in dismissal of this case.

2

Plaintiff did not file an amended complaint by the May 21, 2025, deadline. The Court dismisses this case for failure to state a claim.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

/s/
_____
**WILLIAM P. JOHNSON**
**SENIOR UNITED STATES DISTRICT JUDGE**